## FOURTH DEPARTMENT, MARCH, 1968

## (March 28, 1968)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAFAEL BRENES, Appellant, v. J. EDWIN LA VALLEE, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed. Memorandum: A factual issue was presented to Special Term as to whether or not petitioner had sustained the burden of establishing noncompliance with section 480 of the Code of Criminal Procedure at the time of his sentencing. The decision that he failed to sustain such burden is not contrary to the evidence. (Appeal from order of Cayuga County Court dismissing writ of habeas corpus, following a hearing.) Present — Williams, P. J., Bastow, Goldman, Del Vecchio and Marsh, JJ.

■ DORIS M. PIGMAN et al., Respondents, v. STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs. (See L. 1848, ch. 360; *Wemett Corp.* v. *State of New York,* 36 Misc 2d 14, affd. 20 A D 2d 626. (Appeal from judgment of Court of Claims, in action for damages for permanent appropriation.) Present — Goldman, J. P., Del Vecchio, Marsh, Witmer and Henry, JJ.